**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| iROBOT CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>BISSELL HOMECARE, INC. and<br><br>MATSUTEK ENTERPRISES CO., LTD.,<br><br>    Defendants. | Civil Action No. 1:17-cv-10649<br><br>**JURY TRIAL DEMANDED** |

### iROBOT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.3(A), Plaintiff iRobot Corporation ("iRobot"), by and through its attorneys, states as follows:

iRobot is a publicly held company that has no parent corporation.

BlackRock, Inc. is a publicly held corporation owning ten percent (10%) or more of iRobot's stock.

Respectfully submitted,

By:    */s/ Stephen Marshall*
Stephen A. Marshall (BBO# 666200)
FISH & RICHARDSON P.C.
1425 K Street, NW
Washington, DC 20005
(202) 626-6414
smarshall@fr.com

Andrew G. Pearson (BBO# 688709)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
(617) 542-5070
apearson@fr.com

*Counsel for Plaintiff iRobot Corp.*

Dated: April 17, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this April 17, 2017.

                                                          */s/ Stephen A. Marshall*
                                                          Stephen A. Marshall