UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BISSELL HOMECARE, INC. and<br><br>MATSUTEK ENTERPRISES CO., LTD.,<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-10649 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff iRobot Corp. hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 16, 2018

Respectfully submitted,

By: */s/ Stephen A. Marshall*
Stephen A. Marshall (BBO# 666200)
FISH & RICHARDSON P.C.
901 15th Street, NW
Washington, DC 20005
202-626-6414
smarshall@fr.com

Andrew G. Pearson (BBO# 688709)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
(617) 542-5070
apearson@fr.com

*Counsel for Plaintiff iRobot Corp.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 16, 2018, via the Court's CM/ECF system.

                                      */s/ Stephen A. Marshall*
                                      Stephen A. Marshall